# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-                                  Criminal Action No.   10-88-JJB-SCR

RICHARD J. KNOX

**RULING ON MOTION FOR REVIEW OF DETENTION ORDER**

Before the court is the defendant's Motion for Review of Detention Order.  Record document number 16.

The district judge interpreted the defendant's motion as a motion seeking to reopen the matter of the defendant's detention rather than a review of the detention order under 18 U.S.C. § 3145(b).[1]  The United States of America (hereafter, the USA) was allowed until March 17, 2011 to file a response to the motion which addresses whether it opposes the reopening the defendant's detention hearing.  The USA timely filed a response.[2]

A detention hearing may be reopened as provided by 18 U.S.C. § 3142(f)(2):

> The [detention] hearing may be reopened, ..., at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of the of any other person and the community.

---

[1] Record document number 18.

[2] Record document number 21.

Defendant proposes to present information about his employment, specifically that he was gainfully employed at the time of this arrest and that such employment will be available to him should he be released.

As explained by the USA, and as reflected in the hearing transcript, this information was available to the defendant at the time of the detention hearing. Defendant made clear that he has a job and he goes to work, and if he is detained he will lose his job. These statements by the defendant were accepted by the court and weighed in his favor.

Defendant has not shown that the information he proposes to present at a re-opened detention hearing is information not known to him at the time of the detention hearing and which has a material bearing on the issue of detention.

Accordingly, the defendant's Motion for Review of Detention Order, treated as a motion seeking to reopen the matter of the defendant's detention rather than a review of the detention order under 18 U.S.C. § 3145(b), is denied.

Baton Rouge, Louisiana, March 21, 2011.

    *Signature: Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE